IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK DUNCAN,

      Plaintiff,                    No. CIV S-08-0915 JAM GGH P

    vs.

RUAEDA, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 10, 2008 motion for an extension of time (Docket #9) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 08/06/08

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:ak
dunc0915.36