IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK DUNCAN,

        Plaintiff,                    No. CIV S-08-0915 JAM GGH P

    vs.

RUAEDA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a request for access to the law library. Plaintiff alleges that he has three other cases and receives 8 hours of law library access per week. Plaintiff's claim of inadequate law library access is not well supported. Plaintiff does not allege that the access he receives is inadequate to litigate the instant action. Eight hours of law library access per week is sufficient to prepare the amended complaint due in this case.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 22, 2008, request for law library access is denied.

DATED: 08/07/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
dunc0915.80                          UNITED STATES MAGISTRATE JUDGE